UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH BARONE<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BAUSCH & LOMB, INC., MORCHER GmbH, and FCI OPHTHALMICS, INC.,<br><br>　　　　　Defendants. | Case No. 6:17-cv-06877-EAW<br><br><br><br>**Oral Argument Requested** |

**NOTICE OF DEFENDANT BAUSCH & LOMB, INC.'S
MOTION TO DISMISS THE AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Bausch & Lomb, Inc.'s Motion to Dismiss the Amended Complaint, and all prior papers and proceedings had herein, Defendant Bausch & Lomb, Inc., by its attorneys, Greenberg Traurig, LLP, will move this Court, before the Honorable Elizabeth A. Wolford, United States District Judge, 100 State Street, Rochester, New York, 14614, at a date and time to be determined by the Court, for an Order granting Bausch & Lomb, Inc.'s Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and granting such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's individual rules and practices, the Court will determine a schedule for Plaintiff's answering papers, if any, and Bausch & Lomb, Inc.'s reply papers, if any.

**PLEASE TAKE FURTHER NOTICE** that Bausch & Lomb, Inc. requests the opportunity to submit reply papers in further support of its motion.

2

**PLEASE TAKE FURTHER NOTICE** that Bausch & Lomb, Inc. respectfully requests the opportunity be heard at oral argument on its motion.

Dated: New York, New York
December 27, 2017

**GREENBERG TRAURIG, LLP**

/s/ Daniel Smulian
Daniel I.A. Smulian
MetLife Building
200 Park Avenue, 39th Floor
New York, New York 10166
(212) 801-9200
SmulianD@gtlaw.com

Lori G. Cohen (application to be filed)
**GREENBERG TRAURIG, LLP**
3333 Piedmont Rd. NE, Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
CohenL@gtlaw.com

*Attorneys for Defendant Bausch & Lomb, Inc.*

ATL 22510285v3