

1600 Liberty Building, 424 Main Street, Buffalo, NY 14202
716.854.3400 ◄ ruppbaase.com

**MARCO CERCONE**
cercone@ruppbaase.com

January 12, 2018

**VIA ECF**

Honorable Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re: Joseph Barone v. Bausch & Lomb Inc., et al,
Case No: 6:17-cv-06877-EAW

Dear Judge Wolford:

We represent Plaintiff in the above-captioned matter and respectfully submit this unopposed letter to request an extension of Plaintiff's time to oppose Defendant Bausch & Lomb's Motion to Dismiss filed on December 27, 2017. Currently Plaintiff's opposition is due January 17, 2018 and Defendant's reply is due January 24, 2018.

Plaintiff respectfully requests that the time to oppose the motion be extended to February 7, 2018 and that Defendant's time to reply be extended accordingly to February 14, 2017. This is the first request for an extension pertaining to this motion. We have communicated with counsel for Defendant, and we are authorized to state that Defendant does not oppose the relief sought herein.

Thank you for your consideration in this matter.

Very truly yours;

Marco Cercone

cc: Counsel of Record via ECF

*Innovation in Practice*

Rochester | Williamsville | Ellicottville | Jamestown